UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA SCIONEAUX, INDIVIDUALLY, AND ON BEHALF OF THE DECEDENT, ANTOINE SCIONEAUX | CIVIL ACTION<br><br>NO. 10-00133-MVL-KWR |
| VERSUS | SECTION "S", MAG. (4) |
| ELEVATING BOATS, L.L.C., ABC CHEMICAL CO., and XYZ CHEMICAL CO. | |

**DEFENDANT ELEVATING BOATS, L.L.C.'S
MOTION TO QUASH NOTICE OF 30(B)(6) DEPOSITION AND
FOR PROTECTIVE ORDER**

NOW COMES DEFENDANT, Elevating Boats, L.L.C. who moves this Honorable Court for an Order quashing the 30(b)(6) deposition notice issued to Elevating Boats, L.L.C. for a deposition in Houma, Louisiana on Monday, October 25, 2010 at 1:00 p.m., and for a Protective Order limiting the areas of inquiry/document production requests submitted to Elevating Boats, L.L.C. for the reasons stated in the attached Memorandum.

Respectfully Submitted,

**BEST KOEPPEL TRAYLOR**

__s/ *Mark E. Best*_____
Laurence E. Best (# 3012)
Mark E. Best (#29090)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Telecopier: (504)524-1024
**Attorneys for Elevating Boats, L.L.C.**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 8TH day of October, 2010 served the foregoing pleading on all counsel of record by filing same electronically into the CM/ECF system which will automatically forward copies to all counsel of record.

_____s/ *Mark E. Best*_____